■ DECHANTE BARLESTON, Respondent, v CHRISTOPHER J. GIANCARLO et al., Appellants, et al., Defendant. [53 NYS3d 871]—Appeals from an order of the Supreme Court, Erie County (John L. Michalski, A.J.), entered September 20, 2016. The order denied the motions of defendants Christopher J. Giancarlo and John C. Radel to bifurcate the trial of this matter.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on May 24, 2017,

It is hereby ordered that said appeals are unanimously dismissed without costs upon stipulation. Present—Smith, J.P., Centra, Lindley and NeMoyer, JJ.